STATE OF NEW JERSEY v. RAYMOND OLIVER.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL ALIMECCO.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HUGH M. PADGETT, JR.

May 2, 1983.

Petition for certification denied.

RICHARD HESS v. ALLIED FIRE & SAFETY EQUIPMENT CO.

May 2, 1983.

Petition for certification denied.